John Marshall, Esq. (SBN 172470)
D. SCOTT CARRUTHERS, APLC
8448 Katella Avenue/PO Box 228
Stanton, California 90680
Email: jmarshall@dsclaw.com
Telephone: (714) 761-3976
Fax: (714) 761-1754

Attorney for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN GOLUB, an individual,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>ALL SPORTS BAR, INC., a California corporation; DAVID GRIFFIS, an individual; LAURIE CARTER, an individual, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　Defendants. | Case No.<br><br>**DEFENDANTS' NOTICE OF REMOVAL**<br><br>[Filed concurrently with Declaration of John Marshall in Support of Removal] |

**TO THE HONORABLE COURT**

**CLERK OF THE COURT**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §1441, et seq., Defendants by and through their counsel, hereby give notice of the removal of the above-captioned action from the Superior Court of the State of California, County of Orange, Case No. 30-2015-00804277-CU-WT-CJC, to the United States District Court for the Central District of California, and hereby state as follows.

///

///

## I. BACKGROUND

1. On or about August 13, 2015, Plaintiff commenced an action against the Defendants in the Superior Court of the State of California, County of Orange.

2. Plaintiff alleges Causes of against Defendants for employment discrimination, harassment, and retaliation in violation of state and federal statutes. Specifically Plaintiff alleges in her 9th cause of action retaliation in violation of the Federal Family Medical Leave Act of 1993.

## II. JURISDICTION BASIS FOR REMOVAL

### A. Federal Question

3. Plaintiff alleges Causes of against Defendants for employment discrimination, harassment, and retaliation in violation of state and federal statutes. Specifically Plaintiff alleges in her 9th cause of action retaliation in violation of the Federal Family Medical Leave Act of 1993.

4. This Court, therefore, has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

## III. THE PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN ESTABLISHED

### A. Removal is Timely

5. This Notice of Removal is filed within thirty (30) days of this action becoming removable, and therefore removal is timely.

### B. Venue is Proper

6. This action is properly removed to the United States District Court for the Central District of California, because this matter was originally filed in the Superior Court of the State of California, County of Orange, which lies geographically within this District.

///

///

### C. Remaining Procedural Requirements Are Satisfied

7. A true and correct copy of the Complaint received by Defendants is attached as Exhibit 1 to the Declaration of John Marshall in support of this Notice of Removal. See 28 U.S.C. § 1446(a).

8. A copy of this Notice will be filed with the Clerk of the Superior Court of the State of California, County of Orange, and served on Plaintiffs. See 28 U.S.C. § 1446(d).

9. Copies of the Defendants' disclosure statements will be filed in accordance with Federal Rule of Civil Procedure 7.1.

10. No previous application has been made for the relief requested in this removal.

11. All defendants consent to this removal.

12. Thus, all procedural requirements for removal have been satisfied.

13. If any question arises as to the propriety of the removal of this action, the Defendants respectfully request the opportunity to present a brief and oral argument in support of their position that this case is removable.

**WHEREFORE**, the Defendants respectfully remove this action from the Superior Court of the State of California, County of Orange to the United States District Court for the Central District of California.

Dated:  December 4, 2015         By: /s/ *John Marshall, Esq.*
                                      JOHN MARSHALL, ESQ.
                                      Attorney for Defendants