JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAUREEN GOLUB, an individual,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>ALL SPORTS BAR, INC., a California corporation; DAVID GRIFFIS, an individual; LAURIE CARTER, an individual, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　Defendants. | Case No. 8:15-cv-02023-JLS-JCG<br>OCSC Case No. 30-2015-00804277<br><br>ORDER TO REMAND CASE TO ORANGE COUNTY SUPERIOR COURT |

Plaintiff and Defendants by and through their respective counsel, having agreed and stipulated as follows:

1.  WHEREAS, on or about August 13, 2015, Plaintiff commenced an action against the Defendants in the Superior Court of the State of California, County of Orange.

2.  WHEREAS, Defendants removed this case to this Court on November 4, 2015 on the understanding that proper service had not yet been effectuated on Defendants and that removal was thereby timely.

3. WHEREAS, Plaintiff and Plaintiff's counsel believe that proper service was effectuated upon Defendants and that Defendants' notice of removal was either 24 or 48 hours late (beyond 30 days of service).

4. WHEREAS, Plaintiff's counsel has indicated that Plaintiff intends to file a motion for remand.

5. WHEREAS, the parties and their counsel wish to avoid the need for such a motion for remand.

6. WHEREAS, the Parties and their counsel having stipulated that this matter be remanded to the Orange County Superior Court for all further proceedings with each party bearing its own attorneys' fees and costs, if any.

**IT IS ORDERED** that this matter be remanded to the Orange County Superior Court for all further proceedings with each party bearing its own attorneys' fees and costs.

Dated: December 15, 2015

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE